

_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
March 22, 2016

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ALPIDIO FLORES CHINCHILLA,<br><br>Debtor. | BK-S-15-14803-abl<br>CHAPTER 11<br><br>**ORDER ON STIPULATED AGREEMENT RE: STIPULATION FOR PLAN TREATMENT ON FIRST LIEN SECURED BY REAL PROPERTY LOCATED AT 4365 TWIN VIEW CIRCLE, LAS VEGAS, NV 89121.** |

The parties agreed to the terms set forth in the STIPULATION FOR PLAN TREATMENT ON FIRST LIEN SECURED BY REAL PROPERTY LOCATED AT 4365 TWIN VIEW CIRCLE, LAS VEGAS, NV 89121 filed on March 21, 2016 at Docket #34 and are bound by the terms of their stipulation which shall be the Order of this Court.

IT IS SO ORDERED

Submitted by:

/s/ Michael J. Harker
MICHAEL J. HARKER, ESQ.
Attorney for Debtor

THE LAW OFFICES OF MICHAEL J HARKER
2901 El Camino Ave, #200
Las Vegas, NV 89102
Tel: (702) 248-3000 Fax: (702) 425-7290